UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | Hon. Douglas E. Arpert |
| | : | Crim. No. 22-284 (MAS) |
| v. | : | |
| | : | CONSENT ORDER FOR |
| Antonio Delaney | : | TEMPORARY MODIFICATION OF |
| | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by Christopher Matthews, Assistant United States Attorney) consenting, for an Order temporarily modifying Mr. Delaney's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS, by consent order dated March 11, 2022, those bail conditions require, among other conditions, electronic location monitoring with curfew hours that permit Mr. Delaney to leave the residence on a schedule determined by Pretrial Services; and

WHEREAS, Mr. Delaney's current curfew as set by Pretrial Services requires him to be in his residence from 8:00 p.m. to 10:00 a.m., and

WHEREAS, Mr. Delaney and his fiancé are getting married on June 20, 2022; and

WHEREAS, Mr. Delaney and his fiancé wish to travel locally for their honeymoon from June 20, 2022 to June 24, 2022; and

WHEREAS, the parties agree that Mr. Delaney is in compliance with his release conditions; and for good cause shown,

IT IS, on this 7th day of June, 2022, ORDERED that the release conditions shall be temporarily modified as follows:

1. Mr. Delaney's curfew shall be suspended from 8:00 p.m. on June 20, 2022 and shall resume again at 8:00 p.m. on June 24, 2022. During the suspension of the curfew, Mr. Delaney shall report to Pretrial Services if directed but will not be required to abide by curfew hours during the stated time.

2. Mr. Delaney shall, prior to June 20, 2022, provide to Pretrial Services the addresses of the wedding ceremony and the reception, as well as the address of the hotel he will stay in for the honeymoon.

3. All other conditions shall remain the same.

_____
Douglas E. Arpert
United States Magistrate Judge