UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States of America | : | CR22-284(MAS) |
| v. | : | CONSENT ORDER FOR |
| | : | MODIFICATION OF |
| Antonio Delaney | : | BAIL CONDITIONS |

THIS MATTER having been brought before the Court by defendant Antonio Delaney, (by Andrea Bergman, Assistant Federal Public Defender), and the United States Attorney for the District of New Jersey, (by J. Brendan Day, Assistant United States Attorney) consenting, for an Order modifying Mr. Delaney's bail release conditions; and Pretrial Services (by Edna Galarza, Pretrial Services Officer), having no objection, and

WHEREAS, bail release conditions were imposed on October 6, 2021 by this Court; and

WHEREAS those bail conditions required, among other conditions, 24-hour house arrest with electronic monitoring, with permission to leave the residence for employment and other pre-approved absences; and

WHEREAS, on March 11, 2022, Mr. Delaney's release conditions were modified to place him on a curfew with continued location monitoring; and

WHEREAS, Mr. Delaney is in compliance with the release conditions previously set by this Court, and for good cause shown,

IT IS, on this 11th day of October, 2022, ORDERED that the release conditions shall be modified as follows:

1. Electronic location monitoring shall be removed;

2. Mr. Delaney shall no longer be subject to a curfew;

3. All other conditions shall remain the same.

                                                                          _____
                                                                          Douglas E. Arpert
                                                                          United States Magistrate Judge